IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BRADLEY CAUTHRON | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | No. 5:09CV12 |
| | § | |
| THE KANSAS CITY SOUTHERN | § | |
| RAILWAY COMPANY | § | |
|     Defendant | § | |

## ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, Plaintiff Brad Cauthron's Motion to Compel KCS to Produce Admissible Reports Submitted to the FRA (Docket Entry # 31) was referred to the Honorable Caroline M. Craven for the purposes of hearing and determining said motion. The Court, having been advised the motion no longer needs resolution , is of the opinion the motion should be **DENIED AS MOOT**. Accordingly, it is

**ORDERED** that Plaintiff Brad Cauthron's Motion to Compel KCS to Produce Admissible Reports Submitted to the FRA (Docket Entry # 31) is hereby **DENIED AS MOOT**.

**SIGNED this 13th day of October, 2009.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE